1
2
3
4
5
6
7
8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

11   EDWARD B. SPENCER,                    )   Case No.: 1:19-cv-00420-EPG (PC)
                                           )
12                  Plaintiff,             )
                                           )   ORDER REQUIRING PARTIES TO FILE
13          v.                             )   DISPOSITIONAL DOCUMENTS
                                           )
14   STUART SHERMAN,                       )
                                           )
15                  Defendant.             )
                                           )
16   _____ )

17          On July 12, 2019, a settlement conference was held and the parties reached a settlement

18   agreement.

19          Accordingly, it is HEREBY ORDERED that:

20          1.      All pending deadlines are VACATED; and

21          2.      The parties shall file dispositional documents within thirty days from the date of service

22                  of this order.

23

24   IT IS SO ORDERED.

25   Dated:   __**July 12, 2019**__

26                                                    UNITED STATES MAGISTRATE JUDGE

27

28

                                                   1