UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>    Plaintiff,<br><br>v.<br><br>STUART SHERMAN,<br><br>    Defendant. | 1:19-cv-00420-EPG (PC)<br><br>ORDER DIRECTING DEFENDANT TO SEND PLAINTIFF COPY OF SIGNED SETTLEMENT AGREEMENT<br><br>(ECF No. 23)<br><br>FIVE (5) DAY DEADLINE |

On July 12, 2019, Magistrate Judge Stanley A. Boone conducted a settlement conference during which the parties settled this action. (ECF No. 18.) On July 18, 2019, the matter was dismissed and the case was closed after the parties filed a stipulation based upon the resolution of the action. (ECF Nos. 21, 22.)

On July 26, 2019, Plaintiff Edward Spencer filed a motion requesting a copy of the settlement agreement signed by the parties, stating that he had requested from Defendant, but had not yet received, a copy of the signed settlement agreement. (ECF No. 23.)

Based on the foregoing, IT IS ORDERED that Defendant shall serve Plaintiff with a signed copy of the settlement agreement within five (5) days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **August 7, 2019**            /s/ Erica P. Grosjean
                                                       UNITED STATES MAGISTRATE JUDGE