UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>    Plaintiff,<br><br>v.<br><br>STUART SHERMAN,<br><br>    Defendant. | Case No. 1:19-cv-00420-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S NOTICE FILED FEBRUARY 7, 2020<br><br>(ECF NO. 25) |

On February 7, 2020, Plaintiff filed a notice regarding current status of settlement agreement. (ECF No. 25). Plaintiff alleges that he has not received any communication indicating that the settlement funds were placed in his account, even though the case settled over six months ago. Plaintiff asks the Court to "do what's appropriate whereas Plaintiff receive his said amount." (Id. at 1).

On February 24, 2020, defense counsel filed a response. (ECF No. 27). According to defense counsel, the settlement funds "were applied to Plaintiff's restitution balance, and any excess deposited in Plaintiff's inmate trust account, on January 27, 2020." (Id. at 3).

It appears that Plaintiff has received the settlement funds. Accordingly, the Court will take no action at this time. If Plaintiff did not receive the settlement funds, he may file an appropriate motion.

IT IS SO ORDERED.

Dated: **February 25, 2020**        /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE

1